# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**WAYNE R. LINDSEY,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

CASE NO. 7:00-CR-12
28 U.S.C. § 2255
CASE NO. 7:08-CV-90031

## ORDER

This case is before the Court on the Recommendation of United States Magistrate Judge G. Mallon Faircloth (Doc. 560), entered on March 19, 2010. The Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 459) be denied and any pending motions in the case be denied.

Petitioner has filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636. The Court has reviewed the objection, and has made a *de novo* review of the portions of the Recommendation to which objection has been made. The Court finds the objection to be without merit.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge (Doc. 560). Petitioner's Motion to Vacate (Doc. 466) is denied. Petitioner's Motion for Judicial Estoppel (Doc. 555) and Motion

for Reconsideration (Doc. 577) are denied. The Clerk of Court is instructed to close this case.

**SO ORDERED**, this the 11th day of August, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh/wef