**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**WAYNE R. LINDSEY,**

               Petitioner,

v.

**UNITED STATES OF AMERICA,**

               Respondent.

CASE NO. 7:00-CR-12
28 U.S.C. § 2255
CASE NO. 7:08-CV-90031

**ORDER**

This case is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles (Doc. 740) in which he recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 be denied. He also recommends that any pending motions in the case be denied as moot.

Petitioner has filed an objection to the Recommendation. After careful consideration, the Court overrules the objection. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge (Doc. 740). Petitioner's Motion to Vacate (Doc. 459) is denied. Petitioner's Motion for Order to Show Cause (Doc. 737) and Motion for Expedited Consideration (Doc. 739) are denied as moot.

**SO ORDERED**, this the 10th day of December, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh